270-11/MEU/MF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration,   14-cv-6412 (NRB)

Between

HESS CORPORATION
                            Petitioner,

and

DORADO TANKERS POOL, INC.,

                            Respondent.

## NOTICE OF MOTION TO VACATE ARBITRATION AWARD

**PLEASE TAKE NOTICE** that upon the accompanying declaration and the exhibits annexed thereto (including exhibits and hearing transcripts from the underlying arbitration), the accompanying memorandum of law, and the pleadings and proceedings had herein, Respondent Dorado Tankers Pool, Inc. will move this Court before the Honorable Naomi R. Buchwald in Courtroom 21A, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. §§ 201-208 and the Federal Arbitration Act (FAA), 9 U.S.C. §§ 1 *et seq.* (the "FAA"), for an order vacating those aspects of an arbitration award issued in New York on July 23, 2014, (the "Award"), awarding Petitioner for a total of $963,805 in damages (inclusive of interest) for a reduction in cargo value and for expenses incurred in mitigation without giving Dorado any credit for the fruits of the mitigation effort as required by established law.

422650.1

Dorado also seek such other and further relief as the Court may deem just and proper in the premises, including but not limited to an award of its attorney's fees incurred in connection with the proceedings herein

In accordance with the schedule already set by the Court, any opposition to this motion is due by October 3, 2014, with any replies due on or before October 15, 2014.

The hearing on this motion shall be held on a date and time selected by the Court or as proposed by the parties.

Dated: New York, New York.
       September 12, 2014

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Respondent
                                        DORADO TANKERS POOL, INC.

                                        _____
                                        Michael E. Unger
                                        80 Pine Street
                                        New York, NY  10005
                                        (212) 425-1900
                                        unger@freehill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA ECF & EMAIL**

James Kleiner
Hill, Betts & Nash, LLP
One World Financial Center
200 Liberty Street
New York, NY 10281-1003
*Attorneys for Petitioner*

_____
Michael E. Unger

422650.1

3